United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHRUTI DESHPANDE, | Case No.  26-cv-07601-VKD |
| Plaintiff, | **ORDER FOR CLARIFICATION RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND EMERGENCY MOTION FOR MANDAMUS RELIEF** |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Defendants. | Re: Dkt. No. 3 |

On July 23, 2026, plaintiff Shruti Deshpande filed a "Motion for Preliminary Injunction and Emergency Motion for Mandamus Relief."  Dkt. No. 3.  It is not clear whether Ms. Deshpande's motion seeks a temporary restraining order in addition to or in lieu of a preliminary injunction.  *See* Fed. R. Civ. P. 65; Civil L.R. 65-1; Civil L.R. 65-2.  By **July 23, 2026, 4:00 p.m.**, Ms. Deshpande shall file a statement clarifying whether the motion seeks a temporary restraining order pursuant to Civil Local Rule 65-1.

Ms. Deshpande is further advised that this matter has been assigned to a magistrate judge. Absent consent of all parties, both served and unserved, this Court lacks jurisdiction to hear and decide any dispositive matters, including motions for temporary or preliminary relief.  *See* 28 U.S.C. § 636(c)(1); *Williams v. King*, 875 F.3d 500 (9th Cir. 2017).

Assuming Ms. Deshpande seeks a temporary restraining order, all parties must file a "Consent or Declination to Magistrate Judge Jurisdiction" form[1] indicating whether they consent to or decline magistrate judge jurisdiction by **July 23, 2026, 4:00 p.m.**  Any party is free to

---

[1] The form is available at https://cand.uscourts.gov/sites/default/files/forms/MJ_Consent-Declination_Form_10-2020.pdf

withhold consent to proceed before a magistrate judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2). If the Court does not have complete consent, the matter will be reassigned to a district judge.

Ms. Deshpande is directed to immediately provide notice of this order and of her pending motion to defendants.

**IT IS SO ORDERED.**

Dated: July 23, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California

2