CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7200
  Facsimile: (415) 436-6748
  savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHRUTI DESHPANDE, | Case No. 5:26-cv-07601-VKD |
| Plaintiff, | |
| v. | **STIPULATION EXTENDING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER** |
| MARKWAYNE MULLIN, *et al.*, | |
| Defendants. | Re: Dkt. No. 13 |

On July 22, 2026, plaintiff Shruti Deshpande ("Plaintiff") filed this action against defendants Markwayne Mullin, Joseph B. Edlow, and Todd Blanche in their official capacities ("Defendants"), and moved for a preliminary injunction. ECF Nos. 1, 3. Based on the filing date of Plaintiff's motion, Defendants' response is due on or before August 5, 2026. *See* ECF No. 3. On July 23, 2026, the Court issued an order setting a hearing on Plaintiff's motion for September 1, 2026, at 10:00 a.m., and noting that "[t]he parties may, if they agree, stipulate to a later hearing date." ECF No. 9. On August 3, 2026, Defendants were served with the complaint and motion.

On August 4, 2026, Plaintiff and Defendants conferred and respectfully request that the Court extend by two weeks the deadline for Defendants' response to Plaintiff's motion, from August 5, 2026 until August 19, 2026. Plaintiff's reply and the hearing would be continued by the same two-week period, with Plaintiff's reply due by August 26, 2026, and the hearing on September 15, 2026. The parties make this request because Defendants recently received notice of the complaint and motion and

STIPULATION AND [PROPOSED] ORDER
5:26-cv-07601-VKD                                    1

need additional time to review those materials, obtain supporting documents, and respond to the motion. For these reasons, the parties respectfully request that the Court grant their stipulation.

Dated: August 4, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ Savith Iyengar
SAVITH IYENGAR
Assistant United States Attorney

Attorneys for Defendants

Dated: August 4, 2026

MINAS LAW, P.C.

**/s/ Arthur Minas
ARTHUR MINAS

JEELANI LAW FIRM PLLC

**/s/ Joseph Milburn
JOSEPH MILBURN

Attorneys for Plaintiffs

** In accordance with Civil L.-R. 5-1(i)(3), the filer attests that this signatory concurs in this filing.

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendants will file their response to Plaintiff's motion for preliminary injunction by August 19, 2026; Plaintiff will file her reply by August 26, 2026, and the Court's hearing on the motion for preliminary injunction is continued from September 1, 2026, until September 15, 2026 at 10:00 a.m. in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California.

Dated:  August 5, 2026

HON. VIRGINIA K. DeMARCHI
United States Magistrate Judge

**DECLARATION OF SAVITH IYENGAR**

I, Savith Iyengar, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for Defendants in the above-captioned action.

2. On August 4, 2026, I learned that my office had been served with Plaintiff's complaint and motion for preliminary injunction the previous day, August 3, 2026, and that from a review of the docket, Defendants' response to Plaintiff's motion was due the next day, August 5, 2026. On August 4, 2026, I emailed Plaintiff's counsel to ask whether Plaintiff would agree to Defendants having an additional two weeks for their response given that my office had just learned about the case. Plaintiff's counsel confirmed that Plaintiff agreed to the two-week extension and requested a draft stipulation for his review. I emailed the draft to Plaintiff's counsel thereafter, and he provided his consent to file it.

3. Defendants need the requested two-week extension to review the complaint and motion, obtain supporting documents, and respond to the motion. This modification would affect the date of the Court's hearing on the motion, which would be continued by two weeks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  August 4, 2026

/s/ Savith Iyengar
SAVITH IYENGAR
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
5:26-cv-07601-VKD                                          3